**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| CLAUDIA ZULOAGA, | ) |
| | ) |
| Respondent. | ) |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States petitions this Court for an order enforcing the Internal Revenue Service (IRS) administrative summons served on the respondent, Claudia Zuloaga. In support, the United States states as follows:

1. Jurisdiction over this matter is conferred upon this Court by 26 U.S.C. §§ 7402 and 7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2. Venue is proper in the Southern District of Florida as Zuloaga resides or may be found within the boundaries of this district.

3. This proceeding is brought at the request of the Chief Counsel, Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States.

4. Ricky D. Poole is an IRS Revenue Agent, employed in the Small Business/Self-Employed Division of the Office of the Area Director.

5. In his capacity as an IRS Revenue Agent, Revenue Agent Poole is authorized to issue an IRS summons pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, 26 C.F.R. § 301.7602-1T, and Internal Revenue Service Delegation Order No. 4 (as revised).

6. Revenue Agent Poole is conducting an investigation to determine whether Zuloaga is responsible for penalties under 26 U.S.C. §§ 6700 and/or 6701 in connection with Zuloaga's organization, promotion, and sale of services and materials which assist customers in filing false IRS Forms 1099 (including Form 1099-OID), to request fraudulent tax refunds based on phony claims of large income tax withholding. Under this increasingly common tax fraud scheme, known as the "redemption" or "OID redemption" scheme, participants file a series of false IRS forms to request fraudulent tax refunds based on phony claims of large income tax withholding. Promoters of the "redemption" scheme are tax defiers who falsely tell customers that the federal government maintains "secret" accounts of money for its citizens and claim to be able to help customers access the secret funds by filing the false IRS forms. The IRS has evidence that Zuloaga promoted this scheme to at least 19 customers, based on the fact that 19 bogus IRS 1040 tax returns claiming these fraudulent refunds were electronically filed from a computer traced back to Zuloaga.

7. Pursuant to the investigation described in ¶ 6, on March 5, 2010, Revenue Agent Poole issued an IRS administrative summons to Zuloaga. The summons directed Zuloaga to appear before Revenue Agent Poole on March 19, 2010, at 9:00 a.m., at the place identified in the summons.

8. On March 5, 2010, Revenue Agent Poole served an attested copy of the summons by leaving a copy with Zuloaga's husband, Miguel Zuloaga, at Zuloaga's last and usual place of abode. A true and correct copy of the summons is attached to the Poole declaration as Exhibit 1.

9. On March 19, 2010, Zuloaga appeared before Revenue Agent Poole, but she refused to comply with the summons by testifying and producing the books, records, and other data demanded by the summons.

10. On March 30, 2010, Brian Pfeifer, an attorney with the IRS Office of Chief Counsel, mailed a letter to Zuloaga, giving her one last chance to satisfy the summons. The letter informed Zuloaga that she needed to appear before Revenue Agent Poole on April 16, 2010, otherwise she may be subject to legal proceedings in United States District Court for her failure to comply. A true and correct copy of that letter is attached to the Poole declaration as Exhibit 2.

11. In a letter dated April 9, 2010, Zuloaga responded to the letter described in ¶ 10. In her letter, Zuloaga erroneously asserted that she is not obligated to comply with the summons. She raised frivolous arguments and threatened to report Brian Pfeifer to his Bar Association. A copy of her letter is attached to the Poole declaration as Exhibit 3.

12. Zuloaga did not appear on April 16, 2010, nor did she provide the summoned books and records.

13. Zuloaga's refusal to comply with the summons continues as of the date set forth in the Declaration of Revenue Agent Ricky D. Poole attached hereto.

14. The books, papers, records, or other data sought by the summons are not already in the IRS's possession.

15. The IRS has followed all administrative steps required by the Internal Revenue Code for the issuance of the summons.

16. The testimony, books, records, papers, and/or other data sought by the summons may be relevant to the IRS' investigation regarding Zuloaga's possible liability under I.R.C. §§ 6700 and 6701.

17. In order to obtain enforcement of a summons, the United States must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code. *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

18. The attached Declaration of Revenue Agent Poole establishes the Government's prima facie showing under *Powell*.

19. No Justice Department referral, as defined by 26 U.S.C. § 7602(d), is in effect with respect to Zuloaga for the years under investigation.

WHEREFORE, the United States respectfully prays as follows:

A. That the Court issue an order directing the respondent, Claudia Zuloaga, to show cause, if any, why she should not comply with and obey the aforementioned IRS summons and every requirement thereof;

B. That this Court enter an order directing the respondent, Claudia Zuloaga, to obey the subject summons and each and every requirement thereof, by ordering the testimony and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Agent Ricky D. Poole, or any other proper officer or employee of the IRS;

C. That the United States recover its costs in maintaining this action;

      D.  That the Court grant such other and further relief as is just and proper.

Dated: September 16, 2010.

                                  Respectfully submitted,

                                  WIFREDO A. FERRER
                                  United States Attorney

                                  /s/Jessica S. Reimelt
                                  JESSICA S. REIMELT
                                  Maryland Bar
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  Post Office Box 7238
                                  Ben Franklin Station
                                  Washington, D.C.  20044
                                  Telephone: (202) 307-2176
                                  Facsimile: (202) 514-6770
                                  Email: jessica.s.reimelt@usdoj.gov
                                  *Attorneys for the United States*