Claudia Zuloaga
20641 SW 130 Court
Miami, Florida 33177

Department of the Treasury
Internal Revenue Service
Office of Division Counsel
Small Business / Self Employed
P.O. Box 9 Stop, Stop 8000
51 S.W. First Avenue, Room 1114
Miami, Florida 33130



April 9, 2010

To: Mr. Brian A. Pfeifer, Senior Attorney:

In response to your letter dated March 30, 2010, As you, Brian A. Pfeifer, have personal knowledge that I did attend the March 19, 2010 meeting. I think it's very inappropriate of the threatening letter I received from you and was signed by you.

As I did comply with the terms of the summons, I appeared at the downtown office along with my witness who will testify to that fact. I asked 2 very critical questions in order to be able to proceed.

They were:
1. Can anything I say here today, be used against me in a Court of law?

As you are well aware the only response I got from this question was a statement. In which Mr. Rick D. Poole, replied "This is a civil investigation".

2. FOR THIS CLAIMANT'S-KNOWLEDGE OF THESE FACTS IS WITH THE CLAIM OF THE **CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE-CONTRACT(IRS-LAWS-RULES-REGULATIONS-CODES)** WITH THE VOIDANCE OF THE PERJURY TITLE-18:U.S.C.S. 1621 AND TITLE-18:U.S.C.S. 1001 BY THIS CLAIMANT.



EXH

I am a human being and a natural Citizen of **Florida** in its capacity as a republic and as one of the several states of the union, 1789. I am a common woman of
the Sovereign People, which incidentally makes me a national Citizen of the republic, arising under the original jurisdiction of the de jure **Constitution for the United States of 1789**, and I explicitly reserve all of my rights. Further, I am living in the dry land of **Florida**.
I am not a US citizens or a **14th amendment** citizen for a remedy was provided by **15 United States statute at large, July 27th, 1868**. Wherefore I am a Citizen of the republic.
I am not a citizen of, or a franchise of, or subject to, any foreign or domestic corporation, municipal corporation, commercial entity or government operating in a commercial capacity. Also see **Congressional act of 1871** and **USC Title 28, Part VI, chapter 176, sub chapter 176, subsection A, 3002 (15)** *"United States" means—(A) a Federal corporation;*
I am not responsible for any debt other than my own.
I am not a commercial entity, artificial person or subject to the **Uniform Commercial Code**. Also see **UCC 1-308/UCC 1-207** and **USC TITLE 15 > CHAPTER 1 > § 17 "The labor of a human being is not a commodity or article of commerce."**
I am not subject to color of law or law merchant.
I am not a party of or subject to any maritime contract and deny that any exists. I reserve my right not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.

Blacks Law Dictionary: **Right**, n,2. Something that is due to a person by just claim, legal guarantee, or moral principle <the right of liberty>.

I noticed you have not included your Bar Association Number which is required by law. I will be forwarding your letter to the Bar Association with a verified affidavit of complaint for not following the Law of Procedure and false accusations.

Unless, I receive answers to my questions within the next 10 days, this will serve as our last communication and this matter will settle and close in FULL.

*:Claudia: Santacruz-Zuloaga, A.R.R.*
:Claudia:Santacruz-Zuloaga,A.R.R.

Cc:
William L. Blagg, Associated Area Counsel
Rick D. Poole, Revenue Agent
Florida Bar Association